UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON PAUL MONTEZ,

      Plaintiff,

v.

CROFT, KOLAN, BOOG,
WARZAK, BRADLEY,
WILSON, AND JOHN
CHRISTIANSEN

      Defendants.
_____/

Case No. 23-cv-12701

Paul D. Borman
United States District Judge

Patricia T. Morris
United States Magistrate Judge

### ORDER:
### (1) ADOPTING MAGISTRATE JUDGE PATRICIA T. MORRIS'S MAY 7, 2024, REPORT AND RECOMMENDATION (ECF NO. 27);
### (2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS MOOT (ECF NO. 21); AND
### (3) DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WITHOUT PREJUDICE

On May 7, 2024, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to dismiss this case without prejudice for Plaintiff's failures to prosecute and comply with the Court's orders and to deny Defendants' Motion for Summary Judgment as moot. (ECF No. 27).

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court **ORDERS** that:

(1) Magistrate Judge Morris's Report and Recommendation (ECF No. 27) is **ADOPTED**;

(2) Defendants' Motion for Summary Judgment (ECF No. 21) is **DENIED AS MOOT**; and

(3) this Case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: May 29, 2024

s/ Paul D. Borman_____
Paul D. Borman
United States District Judge